*Assistant Attorney General Morison* and *Morton Liftin* for respondents.

No. 351. AMERICAN DREDGING Co. *v.* UNITED STATES; and

No. 352. AMERICAN DREDGING Co. *v.* UNITED STATES ET AL. C. A. 3d Cir. Certiorari denied. MR. JUSTICE DOUGLAS took no part in the consideration or decision of these applications. *Joseph W. Henderson* and *Edward F. Platow* for petitioner in No. 351. *Benjamin F. Stahl, Jr.* and *Samuel B. Fortenbaugh, Jr.* for petitioner in No. 352. *Solicitor General Perlman, Assistant Attorney General Morison* and *Samuel D. Slade* for the United States.

No. 356. TAYLOR *v.* MUNICIPAL COURT OF LOS ANGELES ET AL. Supreme Court of California. Certiorari denied. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this application. *Arthur E. T. Chapman* for petitioner. *Ray L. Chesebro* and *Bourke Jones* for respondents.

No. 386. NATIONAL LEAD Co. *v.* SCHUFT ET AL. C. A. 8th Cir. Certiorari denied. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this application. *George J. Danforth* for petitioner. *H. F. Fellows* for respondents.